CORRIGAN and YOUNG, JJ. We join the statement of Justice MARKMAN.

PEOPLE V PATILLO, No. 137531; Court of Appeals No. 287523.